UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

```
FCMT, INC.
                        Plaintiff,
    v.
UNITED STATES,
                        Defendant.
```

S U M M O N S

COURT NO.  21-00242

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port of Entry: | Los Angeles | Date Protest Filed: | 09/08/20 |
|---|---|---|---|
| Protest Number: | 2704-20-142788 | Date Protest Denied: | 11/24/20 |
| Importer: | FCMT, INC. | | |
| Category of Merchandise: | Wearing Apparel | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 8SP00630062 | 6/05/19 | 3/13/20 | | | |
| 8SP00630518 | 6/05/19 | 3/13/20 | | | |
| 8SP00630526 | 6/05/19 | 3/13/20 | | | |
| 8SP00630534 | 6/05/19 | 3/13/20 | | | |

Port Director,
U.S. Customs and Border Protection
Los Angeles/Long Beach Seaport
301 E. Ocean Blvd., Suite 1400
Long Beach, CA 90802
Address of Customs Port in
Which Protest was Denied

STEIN SHOSTAK SHOSTAK POLLACK & O'HARA, LLP
865 S. FIGUEROA ST,. STE. 1388
LOS ANGELES, CA 90017
TEL: (213) 630-8888
elon@steinshostak.com
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | Not Stated | Arbitrary or ficticious value |
| Protest Claim: | 19 USC 1401a<br>19CFR 152 | Transaction Value/Factory Value |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Customs failed to identify the purported, new basis of appraisement. Furthermore, Customs failed to state why transaction value does not apply.

The issue which was common to all such denied protests:
Transaction value is to be first sale paid to the seller.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Elon A. Pollack
_____
*Signature of Plaintiff's Attorney*

May 21, 2021
_____
*Date*