UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 8

```
FCMT, INC

                    Plaintiff,
                                          Court No. 21-00242
     v.


UNITED STATES
                    Defendant.
```

STIPULATION OF DISMISSAL

     **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: 10/16/25

Stein Shostak Shostak Pollack & O'Hara, LLP

/s/ Elon A. Pollack
Attorney for Plaintiff

445 S. Figueroa Street, Suite 2388
Street Address

Los Angeles, CA 90071
City, State and Zip Code

(213) 630-8888
Telephone No.

/s/ Justin R. Miller, Attorney-In-Charge
Attorney for Defendant
International Trade Field Office
Department of Justice, Civil Division
Street Address
Commercial Litigation Branch
26 Federal Plaza, Room 346
City, State and Zip Code
New York, New York 10278
(212) 264-1873
Telephone No.

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
|  |  |  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                        Clerk, U. S. Court of International Trade

                By: _____
                            Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)